UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARCEL R. DAQUAY<br><br>Plaintiff,<br><br>v.<br><br>GENERAL DYNAMICS ELECTRIC BOAT CORPORATION | Civ. No. 1:18-cv-00002-WES-PAS |

## STIPULATION EXTENDING TIME TO RESPOND TO MOTION TO DISMISS

Pursuant to LR Cv 29(b) and Fed. R. Civ. P. 81(c)(2)(C), the parties stipulate that the time for Plaintiff to object or otherwise respond to the Motion to Dismiss filed by Defendant may be extended by 7 days, to and including 2 March 2018.

Dated: 23 February 2018

| MARCEL DAQUAY | ELECTRIC BOAT CORPORATION |
|---|---|
| By his attorney: | By Its Attorneys: |
| /s/ Peter Tashjian<br>Peter Tashjian (No. 8430)<br>Tashjian Legal<br>1745 Main Road<br>Tiverton, RI 02878<br>401-477-2833<br>tashjianlegal@cox.net | MORGAN, BROWN & JOY, LLP<br>200 State Street<br>Boston, Massachusetts 02109<br>(617) 523-6666<br><br>/s/ Joseph P. McConnell<br>Joseph P. McConnell (No. 5086) |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on January 23 February 2018, a copy of the foregoing document, filed through the ECF system, will be served on all parties as provided by the Notice of Electronic Filing (NEF).

/s/ Peter Tashjian
_____
Peter Tashjian